# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CESAR MAYORQUIN-HERNANDEZ (1),<br><br>Defendant. | Criminal Case No. 13CR3672-WQH-1<br><br>**JUDGMENT AND AMENDED ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that the Court grants on the United States' motion to dismiss the Indictment and request to recall the Arrest Warrant as to Defendant Cesar Mayorquin-Hernandez (1). (ECF No. 52.)

IT IS FURTHER ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE and the Arrest Warrant is recalled.

Dated:  June 22, 2026

Hon. William Q. Hayes
United States District Court